JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
CHRISTOPHER A. BOOKER, IDAHO STATE BAR NO. 7672
ASSISTANT UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, OHIO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

U.S. COURTS
OCT 24 2023
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>███████████,<br>ROSA RAMIREZ,<br>███████████, and<br>███████████<br><br>Defendants. | Case No. 1:23cr291 DCN<br><br>INDICTMENT<br><br>18 U.S.C. § 2<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), 846, and 853 |



The Grand Jury charges:

## COUNT ONE

**Conspiracy to Distribute Fentanyl**
21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C) and 846

Beginning on or about January 1, 2022, and continuing to on or about October 24, 2023, in the District of Idaho and elsewhere, the Defendants, ███████████, ███████████, ROSA RAMIREZ, ███████████



INDICTMENT - 1

███████, and ███████ did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other individuals known and unknown to the Grand Jury, to distribute:

    1.     400 grams or more of fentanyl (███████████████████████ , and ███████████████), a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1), (b)(1)(A) and 846; and

    2.     Any quantity of fentanyl (ROSA RAMIREZ, ███████████████, and ███████████), a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1), (b)(1)(C) and 846.

## COUNT TWO

### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1) and (b)(1)(B); 18 U.S.C. § 2

On or about August 9, 2023, in the District of Idaho, the Defendant, ███████████ and ███████████████, did knowingly and intentionally distribute 40 grams or more of fentanyl, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT THREE

### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1), (b)(1)(A) and (b)(1)(C); 18 U.S.C. § 2

On or about August 23, 2023, in the District of Idaho, the Defendant, ███████████ and ███████████████, did knowingly and intentionally distribute:

    1.     400 grams or more of a fentanyl mixture (███████████████), a Schedule II controlled substance, and aided and abetted in the same, in violation of Title 21,


United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2; and

2. Any quantity of a fentanyl mixture (███████████), a Schedule II controlled substance, and aided and abetted in the same, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE ALLEGATION
### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offenses alleged in this Indictment, the Defendants, ███████████████████████████████████████, ROSA RAMIREZ, ███████████████████████████████, ███████████████████████████, and ███████████, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the said Defendants obtained directly or indirectly as a result of the foregoing offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The Defendants obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the Defendants used to facilitate the, but based upon actions of the Defendants, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant"

up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 24 day of October 2023.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
CHRISTOPHER A. BOOKER
FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEYS

INDICTMENT - 4